# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/16/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Patrick Judge<br>POB 2127<br>Ewa Beach, HI 96706 | Jennifer Alicia Judge<br>fka Jennifer Alicia Richards<br>6447 A 102nd Street<br>Ewa Beach, HI 96706 |
| Case Number:<br>10−02164 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5065<br>xxx−xx−3643 |
| Attorney for Debtor(s) (name and address):<br>Edward D. Magauran<br>Attorney at Law<br>1188 Bishop St., Ste. 2610<br>Honolulu, HI 96813<br>Telephone number: 808 585−1000 | Bankruptcy Trustee (name and address):<br>David C. Farmer<br>David C. Farmer Attorney at Law LLLC<br>P.O. Box 4379<br>Honolulu, HI 96812−4379<br>Telephone number: 808 222.3133 |

## Meeting of Creditors

Date: **August 23, 2010**            Time: **10:00 AM**

Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/22/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 7/16/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lisa                  Page 1 of 2                Date Rcvd: Jul 19, 2010
Case: 10-02164                 Form ID: b9a                Total Noticed: 53
```

The following entities were noticed by first class mail on Jul 21, 2010.
```
db           +Michael Patrick Judge,    POB 2127,    Ewa Beach, HI 96706-0127
jdb          +Jennifer Alicia Judge,    6447 A 102nd Street,    Ewa Beach, HI 96706-3301
1028314      +AM Trust,    Insurance Center,    POB 8326,    Springfield, OH 45501-8326
1028315      +AM Trust Bank,    POB 790376,    St Louis, MO 63179-0376
1028318      +ATT Universal,    POB 183037,    Columbus, OH 43218-3037
1028313      +Allied Interstate,    5th Floor,    3000 Corporate Exchange,    Columbus, OH 43231-7723
1028316      +American Security Insurance Co,    POB 50355,    Atlanta, GA 30302-0355
1028319      +Bank Of West,    5271 Merle Hay Rd,    POB 529,    Johnston, IA 50131-0529
1028320      +Belin McCormick,    666 Walnut Street, 2000,    Des Moines, IA 50309-3909
1028321      +Brick Gentry,    6701 Westown Pkwy, 100,    West Des Moines, IA 50266-7703
1028322      +Brumbaugh,    4885 S 118th St, Suite 100,    Omaha,    Omaha, NE 68137-2241
1028323      +Business Revenue Systems,    POB 13077,    Des Moines, IA 50310-0077
1028324      +CBE Group Inc,    Payment Processing,    POB 2337,    Waterloo, IA 50704-2337
1028327      +CSEA,    POB 1860,    Honolulu, HI 96805-1860
1028326      +Concorde,    POB 10459,    Fargo, ND 58106-0459
1028328      +Cutty's Des Moines Camping Club, Inc.,    C/O Curtis G. Mccormick, Esq,
               7405 University Ave, Suite 10,    Des Moines, IA 50325-1343
1028329      +Davis Brown Koehn Shors & Roberts PC,    666 Walnut Street, 2500,    Des Moines, IA 50309-3993
1028330       Dent Doctors,    1362 Coburn Street,    Honolulu, HI 96817
1028331      +Department Of The Atty General,    Child Support Enforcement Division,    601 Kamokila Blvd 251,
               Kapolei, HI 96707-2035
1028333      +EMS,    POB 269110,    Sacramento, CA 95826-9110
1028334      +ER Physicians Billing Office,    Suite 147,    1301 Pennsylvania Ave,    Des Moines, IA 50316-2350
1028332      +Edward D. Magauran,    Attorney at Law,    1188 Bishop Street, Suite 2610,
               Honolulu, HI 96813-3311
1028335      +Goodall PropertiesLLC,    1405 Rosenkranz Dr,    Waukee, IA 50263-8245
1028336      +HI Med Center,    POB 3475,    Toledo, OH 43607-0475
1028337      +HI Tel Ees FCU,    POB 3072,    Honolulu, HI 96802-3072
1028338      +HR Accounts,    Pob 672,    7017 John Deere Pkwy,    Moline, IL 61265-8072
1028343      +Joe Sehr,    1117 NW Gabus Circle,    Grimes, IA 50111-1174
1028344      +Kaiser Permanente,    POB 29210,    Honolulu, HI 96820-1610
1028345      +Kerry Anderson,    2600 Grand, Suite 312,    Terraceplace,    Des Moines, IA 50312-5300
1028346      +Medcah,    POB 1187,    Kailua, HI 96734-1187
1028347      +Mercy Clinics, Inc,    POB 1475,    Des Moines, IA 50305-1475
1028348       Mid Iowa Fertility,    1371 NW 12st Street,    Clive, IA 50325
1028349       NCO Financial,    1930 W Bennett Ssuite 100,    Springfield, MO 65807
1028350      +Paypal,    POB 960080,    Orlando, FL 32896-0080
1028351      +Pearl City Chiropractic, LLC,    803 Kam Hwy, 309,    Pearl City, HI 96782-2638
1028352       Polk County,    Re Small Clm 493923,    500 SW7th St, #100,    Des Moines, IA  50309
1028353      +QMC,    POB 380020,    Honolulu, HI 96838-0020
1028354       Ron Kepford,    AAL,    403 South Street,    Winterset, IA  50273
1028356      +State Of HI,    Department Of Taxation,    POB 259,    Honolulu, HI 96809-0259
1028357      +Teresa Judge,    2201 55th Street,    Des Moines, IA 50310-1558
1028358      +The Radiology Group,    C/O Medcah,    POB 1187,    Kailua, HI 96734-1187
1028359       Tony Ray Richards,    205 N West Street,    Mt Ayr, IA  50854
1028360      +US Bank,    101 S Fillmore St,    Mount Ayr, IA 50854-1800
```

The following entities were noticed by electronic transmission on Jul 19, 2010.
```
tr            EDI: BDCFARMER.COM Jul 19 2010 21:08:00      David C. Farmer,
               David C. Farmer Attorney at Law LLLC,    P.O. Box 4379,    Honolulu, HI  96812-4379
1028317       EDI: PHINAMERI.COM Jul 19 2010 21:08:00      Americredit,    POB 99605,    Arlington, TX  76096
1028325      +EDI: CHASE.COM Jul 19 2010 21:08:00      Chase,    POB 15548,    Wilmington, DE 19850-5548
1028339      +EDI: HFC.COM Jul 19 2010 21:08:00      HSBC,    POB 60148,    City Of Industry, CA 91716-0148
1028340       EDI: IRS.COM Jul 19 2010 21:08:00      Internal Revenue Service,    POB 21126,
               Philadelphia, PA  19114
1028341       EDI: IRS.COM Jul 19 2010 21:08:00      Internal Revenue Service,    Insolvency,
               300 Ala Moana Boulevard M/S H-240,    Honolulu, HI  96850-4992
1028342      +Fax: 515-226-8506 Jul 20 2010 02:08:48      Iowa Radiology,    POB 14591,
               Des Moines, IA 50306-3591
1028355      +EDI: RMSC.COM Jul 19 2010 21:08:00      Sam's Club Discover,    POB 960013,
               Orlando, FL 32896-0013
1028361      +EDI: RMSC.COM Jul 19 2010 21:08:00      Walmart,    POB 530927,    Atlanta, GA 30353-0927
1028362      +EDI: WFNNB.COM Jul 19 2010 21:08:00      World Financial Network,    POB 182124,
               Columbus, OH 43218-2124
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Edward D. Magauran,    Attorney at Law,    1188 Bishop St., Ste. 2610,    Honolulu, HI 96813-3311
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                                   **Signature:**       *Joseph Speetjens*